## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

In Re:                                )
                                      )
RICHARD & VICKI HERRING,              ) 10-30011
                                      )
       Debtor(s).             )

## MOTION TO RETAIN 2009 TAX REFUNDS

Now come Debtors, RICHARD and VICKI HERRING, by and through their attorney, David A. Virgin, and in support hereof, say as follows:

1. The Debtors received a total of $7,504.00 in tax refunds for the tax year 2009.

2. The Trustee is permitting the Debtors to retain $1,500.00 total of their 2009 tax refunds and is demanding that the Debtors turnover to his office the remaining $6,004.00.

3. When the Debtors received their 2009 tax refunds, Debtor, RICHARD HERRING, was unemployed and the Debtors used all of their 2009 tax refunds to pay their house payments and their Chapter 13 payments during the months of January through April, 2010 inclusive.

4. The Debtors are willing to amend their Chapter 13 Plan, if necessary, to increase the pool for unsecured creditors by $6,004.00, if the Court and the Trustee permit the Debtors to retain their 2009 income tax refunds.

WHEREFORE, Debtors pray for the entry of an Order of Court granting them permission to retain their 2009 tax refunds and for such other and further relief as the Court deems just and proper.

David A. Virgin
Attorney at Law
24 North Lincoln
(618)  258-0070                              /s/  David A. Virgin
03124996                                     Attorney for Debtor(s)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| RICHARD & VICKI HERRING, | ) | 10-30317 |
| | ) | |
| Debtor(s). | ) | |

## **CERTIFICATION OF MAILING**

The undersigned on oath states:

     On July 7, 2010 a copy of the attached with the required documents attached were electronically filed with the Chapter 13 Trustee, Russell C. Simon, 33 Bronze Point, Ste. 110, Belleville, IL 62226 and the U.S. Trustee of the Southern District of Illinois, 401 Main St., Ste. 1000, Peoria, IL  61602 and mailed to all creditors stated on matrix.


David A. Virgin
Attorney at Law
24 North Lincoln
Cottage Hills, IL  62018
(618)  258-0070               /s/  David A. Virgin
03124996                          Attorney for Debtor(s)