# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | | In Proceedings<br>Under Chapter 13 |
| Richard Steven Herring | Vicki Lynn Herring | |
| | | BK 10–30011–lkg |
| 609 North Main<br>Brighton, IL 62012 | 609 North Main<br>Brighton, IL 62012 | |
| Debtor(s) | | |

SSN/Individual Taxpayer ID Number (ITIN):

xxx–xx–1774   xxx–xx–9471

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

Notice is hereby given that: A Motion to Retain Tax Refunds has been filed by Steven and Vicki Herring

Any objections to the motion must be filed in writing with this Court on or before July 30, 2010 with a Copy forwarded to David A Virgin, 24 N Lincoln, Cottage Hills, IL 62018

A copy of the Motion may be obtained from David A Virgin, 24 N Lincoln, Cottage Hills, IL 62018

If no objections are received within the required period of time, an appropriate Order will be entered thereon.

DATED: July 9, 2010

**Donna N Beyersdorfer**
CLERK OF THE BANKRUPTCY COURT

DIRECT ALL CORRESPONDENCE TO:
U.S. BANKRUPTCY COURT
750 MISSOURI AVENUE
EAST ST. LOUIS, IL 62201