# Notice Recipients

District/Off: 0754–3  User: tf  Date Created: 7/9/2010
Case: 10–30011–lkg  Form ID: 285  Total: 5

**Recipients of Notice of Electronic Filing:**
ust    United States Trustee    USTPRegion10.es.ecf@usdoj.gov
tr     Russell C Simon          simontrustee@yahoo.com
aty    David A Virgin           davidvirgin@att.net

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Richard Steven Herring   609 North Main    Brighton, IL 62012
jtdb   Vicki Lynn Herring       609 North Main    Brighton, IL 62012

TOTAL: 2