IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:<br>RICHARD HERRING, and<br>VICKI HERRING<br><br>Debtor(s). | In Proceedings<br>Under Chapter 13<br><br>Bk. No.: 10-30011 |

TRUSTEE'S OBJECTION TO DEBTORS'
MOTION TO RETAIN 2009 TAX REFUNDS

COMES NOW, RUSSELL C. SIMON, Chapter 13 Trustee, by and through his Staff Attorney, Tiffany M. Cornejo, and for his Objection, states as follows:

1. The Trustee objects solely for the purpose of having an opportunity to have an Order entered consistent with debtors' statements within the instant Motion, specifically that an amended plan be filed providing for payment of the estate's portion of the 2009 federal/state tax refund be paid over the plan duration.

Wherefore, Trustee prays this Court for an Order consistent with his position herein and for all other relief this Court deems just and equitable.

/s/Tiffany M. Cornejo
TIFFANY M. CORNEJO, ARDC #6296136
RUSSELL C. SIMON, Trustee
Chapter 13 Trustee
33 Bronze Pointe, Suite 110
Swansea, IL 62226
Telephone: (618) 277-0086
Telecopier: (618) 234-0124
tiffanyc@simonch13trustee.com

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing documentation has been served upon the Debtor(s) and Debtor'(s) counsel, via electronic mail or first class mail, postage pre-paid, on this 9th day of July, 2010.

Richard & Vicki Herring
609 N. Main
Brighton, IL 62012

/s/AM